■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO NUNES, Appellant. (Appeal No. 2.) [932 NYS2d 754]—

Same memorandum as in *People v Nunes* (89 AD3d 1559 [2011]). Present—Centra, J.P., Fahey, Peradotto, Lindley and Martoche, JJ.